ISADORE BLUMBERG, Appellant, v. YORKSHIRE INSURANCE CO., LTD., et al., Respondents.— Judgment affirmed, with costs. All concur. (The judgment is for defendant for no cause of action in an action under a fire insurance policy.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 274 App. Div. 851.]

In the Matter of the Probate of the Will of HERBERT E. SAYERS, Deceased. JESSIE V. BOLGER, Respondent; JOHN D. HARRINGTON et al., Appellants.— Appeal dismissed, without costs, on the ground that the order appealed from does not affect a substantial right. (See *Matter of Neumayer*, 256 App. Div. 1039.) All concur. (The order denies a motion to dismiss a petition for the probate of an alleged testamentary instrument.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [190 Misc. 976.]

In the Matter of the Construction of the Will of FRANK A. DILLENBACK, Deceased. FRANCIS G. MILLER et al., Appellants; NORTHERN NEW YORK TRUST COMPANY, Respondent.— Decree affirmed, without costs of this appeal to any party. All concur. (The decree construes a will.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [189 Misc. 538.]

In the Matter of STANLEY KACZMAREK et al., Respondents-Appellants, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Appellants-Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (The order annuls the determination of appellants-respondents which revoked petitioners' liquor license.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

ADA HURD, as Administratrix of the Estate of ARTHUR HURD, Deceased, Appellant, v. CHESTER ERNST, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant for no cause of action in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

WILLIAM S. LEHON, an Infant, by HAROLD J. LEHON, His Guardian ad Litem, Respondent-Appellant, v. CHARLES F. DENNISTON et al., Appellants; HARRY P. EGELING, Respondent, et al., Defendants.— Judgments and orders reversed on the law and facts and a new trial granted, with costs to the appellants to abide the event, on the ground that the verdict is against the weight of the evidence. All concur. (One judgment is for plaintiff against defendants Denniston and one judgment is for defendant Egeling for no cause of action, in an automobile negligence action. The order denies appellants' motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 274 App. Div. 851.]

HAROLD J. LEHON, Respondent-Appellant, v. CHARLES F. DENNISTON et al., Appellants; HARRY P. EGELING, Respondent, et al., Defendants.— Same decision and like cause of action as in companion case of *Lehon* v. *Denniston* (*ante,* p. 1051, decided herewith). Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 274 App. Div. 851.]

ROGERSON COLD STORAGE, Appellant, v. ROY PARMALEE, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is for defendant for no cause of action in an action in conversion.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

ROBERT E. STIMERS, Respondent, v. FREDERICK LAMB et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies motions by defendants for change of venue.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL C. NOTARPOLE, Appellant.— Judgment of conviction and order affirmed. All con-